**FILED**
**CLERK, U.S. DISTRICT COURT**

5/29/2015

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** _____CW_____ **DEPUTY**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURIEL ELGETHA MALCOM,<br><br>        Plaintiff,<br><br>   v.<br><br>MARRIOTT HOTEL SERVICES, INC.; CIM/OAKLAND DOWNTOWN, INC.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2-13-CV-05572 MWF JCx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## [PROPOSED] ORDER

Having read and reviewed Plaintiff Muriel Elgetha Malcom and Defendant CIM/Oakland Downtown, Inc.'s stipulated request for dismissal, with prejudice, of Plaintiff's First Amended Complaint bearing case number 2-13-CV-05572-MWF (JCx), and all claims contained in the First Amended Complaint, the Court orders a dismissal of case number 2-13-CV-05572-MWF (JCx), and all claims contained in the First Amended Complaint, WITH PREJUDICE, with each party to bear its own fees and costs in connection to these actions.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
Honorable Michael W. Fitzgerald
United States District Judge